## CIRCUIT COURT NO. 2 OF BALTIMORE CITY

Filed March 20, 1891.

VIRGINIA M. GARLINGER
VS.
NIXON N. GARLINGER.

*Pollard & Sappington* for plaintiff.

*Thomas G. Hayes* for defendant.

PHELPS, J.—

The defendant has a salary of $1,400 per annum. The plaintiff gets $4.50 per week. There is a child of tender years, now being supported by the mother. The father ought to contribute to its support. Under all the circumstances disclosed by the evidence the order nisi will be so modified as to omit counsel fee and reduce the weekly allowance from five to three dollars per week, accounting as therein stated from the 19th of September, 1890.